NOTE: This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**ROLLAND MARSHALL,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS
AFFAIRS,**
*Respondent-Appellee.*

---

2012-7071

---

Appeal from the United States Court of Appeals for
Veterans Claims in 09-4778, Judge Robert N. Davis.

---

**ON MOTION**

---

**ORDER**

Rolland Marshall moves for a 14-day extension of
time, until July 23, 2012, to file his opening brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. No further extensions should be anticipated.

FOR THE COURT

<u>JUL 17 2012</u>
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Michael D.J. Eisenberg, Esq.
    Shari A. Rose, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUL 17 2012

JAN HORBALY
CLERK